| | |
|---|---|
| DAVID ERNEST BATHEL, | Civil No. 09-3622 (JRT/JJK) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| CHERIE LYNN CROOKS-BATHEL, UNITED STATES DEPARTMENT OF INTERIOR, SHAKOPEE MDEWAKANTON SIOUX COMMUNITY, UNITED STATES, AND KEN L. SALAZAR, | |
| Defendants. | |

Erick Kaardal and James Magnuson, **MOHRMAN & KAARDAL, P.A.**, 33 South Sixth Street, Suite 4100, Minneapolis, MN 55402; Cynthia Miller, **CUNDY & MARTIN, LLC**, 7900 Xerxes Avenue South, Suite 1125, Bloomington, MN 55431, for plaintiff.

Jerry Snider, Michael Cockson, and Christina Rieck Loukas**, FAEGRE & BENSON LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for Defendant Cherie Lynn Crooks-Bathel.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Federal Defendants.

Gregory Paulson and Kurt BlueDog, **BLUEDOG, PAULSON & SMALL, PLLP**, 5001 American Boulevard West, Suite 500, Minneapolis, MN 55437, for Defendant Shakopee Mdewakanton Sioux Community.

This matter is before the Court on the parties' stipulation for stay of proceedings, filed April 12, 2010. Plaintiff David E. Bathel and Defendant Cherie Crooks-Bathel agreed that the instant federal court proceedings should be stayed for 90-days. All other

parties through their respective counsel have agreed to a stipulation for a 90-day stay of the proceedings.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The instant matter is STAYED for 90 days from the date of this Order.

2. The motion hearing scheduled for May 4, 2010 is canceled.

DATED: April 14, 2010                        ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                  JOHN R. TUNHEIM
                                                         United States District Judge