UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| DAVID ERNEST BATHEL, | Civil No. 09-3622 (JRT/JJK) |
| Plaintiff, | |
| v. | |
| CHERIE LYNN CROOKS-BATHEL, UNITED STATES DEPARTMENT OF INTERIOR, SHAKOPEE MDEWAKANTON SIOUX COMMUNITY, UNITED STATES, AND KEN L. SALAZAR, | **ORDER FOR DISMISSAL** |
| Defendants. | |

_____

Erick Kaardal, James Magnuson, and William Mohrman, **MOHRMAN & KAARDAL, P.A.,** 33 South Sixth Street, Suite 4100, Minneapolis, MN 55402; Cynthia Miller, **CUNDY & MARTIN, LLC**, 7900 Xerxes Avenue South, Suite 1125, Bloomington, MN 55431, for plaintiff.

Christina Rieck Loukas, Jerry Snider, Michael Cockson, **FAEGRE & BENSON LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402; Nancy Zalusky Berg, **WALLING BERG & DEBELE, PA**, 121 South Eighth Street, Suite 1100, Minneapolis, MN 55402, for defendant Cherie Lynn Crooks-Bathel.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendants United States Department of Interior and Ken L. Salazar.

Gregory Paulson and Kurt BlueDog, **BLUEDOG, PAULSON & SMALL, PLLP**, 5001 American Boulevard West, Suite 500, Minneapolis, MN 55437, for Defendant Shakopee Mdewakanton Sioux Community.

This matter is before the Court on the stipulated voluntary dismissal filed by

Plaintiff David Ernest Bathel, on July 20, 2010, to dismiss all of his claims associated

with the instant action with prejudice [Docket No. 35]. The Stipulation also states that each party will pay their own costs and disbursements. All parties have signed the stipulation.

**IT IS HEREBY ORDERED** that the Court adopts the Stipulation signed by all parties and the above-entitled matter is **DISMISSED, with PREJUDICE**.


DATED: July 23, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                   JOHN R. TUNHEIM
                                          United States District Judge